Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

No. 61468.—Iceland Products, Inc., and D. J. Ambrosio et al. v. United States, protests 238916–K, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish bits similar in all material respects to those the subject of Abstract 60817, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JANUARY 15, 1958

No. 61469.—Julien Giguet, Inc., and Penson & Company et al. v. United States, protests 213778–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.

No. 61470.—Dynamo Tulle Importing Co. v. United States, protests 231456–K, 213382–K, and 235270–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiff was sustained.